## Frederick Swaim

| | |
|---|---|
| **From:** | Lee Reeves <Lee.Reeves@cartermarine.co.uk> |
| **Sent:** | Monday, August 19, 2013 6:09 AM |
| **To:** | Thomas Bock |
| **Subject:** | CML ref 53968 UTI - FMC Technologies - Vessel: BBC Maple Lotta v 56-915 - MBL CORUMM01 - CORUMM04 - Oil Field Equipment |

For the attention of Thomas Bock

Our Principals Insured: UTI
UTI Customer: FMC Technologies
Seafreight: Corpus Christi - Umm Qasr
Vessel: BBC Maple Lotta v 56-915
BBC MBL: CORUMM 01 - CORUMM 04
UTI HBL: 792113149, 792113219, 792113220 & 792113221
Consignments: Gas Chromatograph Equipment / Oilfield Equipment
Physical Damage
Cargo Value: US$ 4,779,803



EXHIBIT C

We refer to our telephone conversation on 19th August 2013 and can advise that we have been seeking to ascertain the P&I Insurers of the BBC Maple Lotta and BBC Chartering at the time of this incident in January 2013. Although we initially had made contact with the Britannia P&I Club they have now advised that they understood the entry to be with Skuld. However having checked with Skuld in Oslo today they advise that the vessel was not entered with them until 21st March 2013.

Our involvement is as Claims Adjusters acting on behalf of the Freight Legal Liability insurers of UTI. Whilst based in the UK, Carter Marine Ltd assist UTI offices worldwide in respect of claims issues.

This matter arises from an incident which occurred on the BBC Maple Lotta during voyage from Corpus Christi to Umm Qasr, Iraq when we are advised a consignment of pipes from another shipment stowed in # 3 hold broke loose causing damages to goods owned by UTI's customer FMC Technologies. Following discharge of the vessel at Umm Qasr on or about 28th January 2013 an initial joint survey was held and a further survey took place on 5th March 2013. We understand that the P&I Insurers of BBC were represented at that survey by Captain Hussain & Captain Najah.

The project cargoes carried under BBC Chartering Bills of Lading comprised a total of 478 packages of gas chromatograph equipment and other oilfield equipment including control rooms and prefabricated buildings intended for use at various oil fields in Iraq. The overall value of this equipment is advised at US$ 4,779,803.

Fairly extensive damages were noted to a total of 15 packages including to the control rooms, transformers and the main gas chromatograph. At present the full costs of repairs have not been advised but we would anticipate a substantial claim given the nature of the damaged items.

It would appear that BBC Chartering would have a liability for the apparent failure to adequately secure the separate consignment of pipes in the cargo hold and that damages naturally flow from that failure .

As such we would welcome your confirmation that full indemnity will be provided to UTI in respect of any

settlement that they may ultimately be obliged to make arising from this incident. Given the potential size of any claim UTI's insurers have requested that security be obtained in respect of the potential liabilities in this case. Whilst it is difficult to assess an appropriate level of security we would suggest a conservative figure of US$ 250,000.

Naturally if you can provide details of the correct P&I entry for BBC Chartering and /or the BBC Maple Lotta we can direct our request and supporting documentation to those insurers for provision of a Club Letter of Guarantee. Your assistance in that regard would be much appreciated.

--

Kind Regards
**Lee Reeves**

---

For Carter Marine Ltd
117A Hamilton Road – Felixstowe - Suffolk- IP11 7BL - England
Tel ~ ++ 44 (0)1394 273332 – Email ~ claims@cartermarine.co.uk